# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mahoney, Margaret A. | Southern District of AL Mobile | 06/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
201 St. Louis St.
Mobile, Al 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor - Collier on Bankruptcy | Collier |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Collier on Bankruptcy | $3,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Pension from Colgate-Palmolive Company-AXA Equitable |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University | March 2-3, 2011 | Atlanta, GA | Speaker at seminar | Transportation, meals, lodging |
| 2. | American Law Institute | March 10-12, 2011 | Miami, FL | Speaker at seminar | Transportation, meals, lodging |
| 3. | Pepperdine University | March 16-21, 2011 | Malibu, CA | Speaker at seminar | Transportation, meals, lodging |
| 4. | SEBLI | April 13-15, 2011 | Atlanta, GA | Speaker at seminar | Transportation, meals, lodging |
| 5. | Alabama State Bar | June 10, 2011 | Destin, FL | Speaker at seminar | Transportation, meals, lodging |
| 6. | American Law Institute | July 27-30, 2011 | Boston, MA | Speaker at seminar | Transportation, meals, lodging |
| 7. | NCBJ | October 12-15, 2011 | Tampa, FL | Speaker at seminar | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mahoney, Margaret A. | 06/14/2012 |

| 8. | American Law Institute | November 16-20, 2011 | Las Vegas, NV | Speaker at seminar | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank f/k/a Wachovia Bank | A | Interest | | | Closed | 09/30/11 | J | | Closed during year |
| 2. Principal Mutual Life - cash value | A | Dividend | J | T | | | | | |
| 3. Northwestern Mutual Life - cash value | B | Dividend | K | T | | | | | |
| 4. New York Life -cash value | A | Dividend | J | T | | | | | |
| 5. RBC Bank | A | Interest | J | T | | | | | |
| 6. Centennial Money Market | A | Interest | J | T | | | | | |
| 7. Great Hall Investment Funds | A | Interest | J | T | | | | | |
| 8. African Queen Mines | | None | J | T | Buy | 09/19/11 | J | | |
| 9. Alacer Queen n/k/a Alacer Gold | | None | | | Buy | 01/05/11 | J | | |
| 10. | | | | | Sold (part) | 04/28/11 | J | A | |
| 11. | | | | | Sold | 04/29/11 | J | A | sold all shares |
| 12. Alcoa calls | | None | | | Buy | 10/24/11 | J | | |
| 13. | | | | | Sold | 11/04/11 | J | A | |
| 14. | | | | | Buy | 10/27/11 | J | | |
| 15. | | | | | Sold | 11/09/11 | J | A | |
| 16. | | | | | Buy | 10/31/11 | J | | |
| 17. | | | | | Sold | 11/09/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 11/04/11 | J | | |
| 19. | | | | | Sold | 11/09/11 | J | A | |
| 20. | | | | | Buy | 10/31/11 | J | | |
| 21. | | | | | Sold | 11/09/11 | J | A | |
| 22.   Apple calls | | None | | | Buy | 08/29/11 | J | | |
| 23. | | | | | Sold | 09/02/11 | J | A | |
| 24.   Apple Puts | | None | | | Buy | 09/19/11 | J | | |
| 25. | | | | | Sold | 09/22/11 | J | A | |
| 26. | | | | | Buy | 10/19/11 | J | | |
| 27. | | | | | Sold | 10/20/11 | J | A | |
| 28. | | | | | Buy | 09/20/11 | J | | |
| 29. | | | | | Sold | 10/04/11 | J | B | |
| 30. | | | | | Buy | 09/30/11 | J | | |
| 31. | | | | | Sold | 10/04/11 | J | B | |
| 32. | | | | | Buy | 09/30/11 | J | | |
| 33. | | | | | Sold | 10/04/11 | J | B | |
| 34. | | | | | Buy | 09/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/04/11 | J | B | |
| 36. | | | | | Buy | 09/30/11 | J | | |
| 37. | | | | | Sold | 10/04/11 | J | B | |
| 38. Anatolia Minerals | | None | | | Merged (with line 9) | 02/18/11 | J | | |
| 39. Atac Resources | | None | J | T | | | | | |
| 40. Aurizon Mines | | None | J | T | Sold (part) | 01/06/11 | J | A | |
| 41. | | | | | Sold (part) | 06/11/11 | J | A | |
| 42. | | | | | Sold (part) | 09/29/11 | K | B | |
| 43. | | | | | Sold (part) | 09/30/11 | J | B | |
| 44. Avion Gold | | None | K | T | Sold (part) | 01/24/11 | J | B | |
| 45. | | | | | Buy | 02/17/11 | J | | |
| 46. | | | | | Sold (part) | 06/02/11 | J | C | |
| 47. | | | | | Sold (part) | 09/30/11 | J | C | |
| 48. Bank of America Option | | None | | | Buy | 10/07/11 | J | | |
| 49. | | | | | Sold | 10/07/11 | J | A | |
| 50. Bayfield Ventures | | None | J | T | Buy (add'l) | 04/28/11 | J | | |
| 51. Bravo Gold n/k/a Homestake Resource Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CBM Asia Development | | None | | | Buy | 04/28/11 | J | | |
| 53. | | | | | Sold (part) | 06/02/11 | J | A | |
| 54. | | | | | Sold (part) | 09/23/11 | J | A | |
| 55. | | | | | Sold | 09/29/11 | J | B | |
| 56. CMI Cummins Calls | | None | | | Buy | 10/24/11 | J | | |
| 57. | | | | | Sold | 11/17/11 | J | A | |
| 58. CSCO Puts | | None | | | Buy | 10/09/11 | J | | |
| 59. | | | | | Sold | 10/10/11 | J | A | |
| 60. CSCO Calls | | None | | | Buy | 10/07/11 | J | | |
| 61. | | | | | Sold | 10/10/11 | J | A | |
| 62. | | | | | Buy | 10/11/11 | J | | |
| 63. | | | | | Sold | 10/12/11 | J | A | |
| 64. | | | | | Buy | 10/14/11 | J | | |
| 65. | | | | | Sold | 10/17/11 | J | A | |
| 66. | | | | | Buy | 10/19/11 | J | | |
| 67. | | | | | Sold | 10/20/11 | J | A | |
| 68. | | | | | Buy | 10/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Sold | 10/26/11 | J | A | |
| 70. | | | | | | Buy | 10/21/11 | J | | |
| 71. | | | | | | Sold | 11/09/11 | J | A | |
| 72. | | | | | | Buy | 10/10/11 | J | | |
| 73. | | | | | | Sold | 11/10/11 | J | A | |
| 74. | | | | | | Buy | 10/21/11 | J | | |
| 75. | | | | | | Sold | 11/03/11 | J | A | |
| 76. | DB Powershares GLD DBL LNG ETN | | None | | | Buy | 04/27/11 | J | | |
| 77. | | | | | | Sold | 08/09/11 | J | B | |
| 78. | | | | | | Buy | 09/23/11 | J | | |
| 79. | | | | | | Buy | 10/25/11 | J | | |
| 80. | | | | | | Sold | 11/23/11 | J | A | |
| 81. | | | | | | Buy | 10/25/11 | J | | |
| 82. | | | | | | Sold | 11/23/11 | J | A | |
| 83. | DB AG London Powershares Base Metals Short | | None | | | Buy | 09/19/11 | J | | |
| 84. | | | | | | Sold | 09/23/11 | J | A | |
| 85. | DIA -115 calls | | None | | | Buy | 10/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/17/11 | J | A | |
| 87. DIA - Nov 19 114 put | | None | | | Buy | 10/17/11 | J | | |
| 88. | | | | | Sold | 10/17/11 | J | A | |
| 89. DIA - Dec 30 122 calls | | None | | | Buy | 11/01/11 | J | | |
| 90. | | | | | Sold | 11/02/11 | J | A | |
| 91. DIA - Jan 21 123 call | | None | | | Buy | 11/07/11 | J | | |
| 92. | | | | | Sold | 11/09/11 | J | A | |
| 93. DIA - Dec 30 120 calls | | None | | | Buy | 11/01/11 | J | | |
| 94. | | | | | Sold | 11/02/11 | J | A | |
| 95. | | | | | Buy | 11/07/11 | J | | |
| 96. | | | | | Sold | 11/09/11 | J | A | |
| 97. DIA SPDR - 25 | | None | | | Buy | 08/30/11 | J | | |
| 98. | | | | | Sold | 09/01/11 | J | A | |
| 99. DIA SPDR - 10 short | | None | | | Buy | 09/22/11 | J | | |
| 100. | | | | | Sold | 10/06/11 | J | A | |
| 101. | | | | | Buy | 08/30/11 | J | | |
| 102. | | | | | Sold | 09/02/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  DIA SPDR DJIA trust - 25 | None | | | | Buy | 12/15/11 | J | | |
| 104. | | | | | Sold | 12/19/11 | J | A | |
| 105. | | | | | Buy | 09/22/11 | J | | |
| 106. | | | | | Sold | 09/23/11 | J | A | |
| 107. | | | | | Buy | 12/16/11 | J | | |
| 108. | | | | | Sold | 12/19/11 | J | A | |
| 109. | | | | | Buy | 08/30/11 | J | | |
| 110. | | | | | Sold | 08/30/11 | J | A | |
| 111. | | | | | Buy | 09/22/11 | J | | |
| 112. | | | | | Sold | 09/23/11 | J | A | |
| 113. | | | | | Buy | 09/23/11 | J | | |
| 114. | | | | | Sold | 10/10/11 | J | A | |
| 115. | | | | | Buy | 09/27/11 | J | | |
| 116. | | | | | Sold | 10/10/11 | J | A | |
| 117. | | | | | Buy | 10/04/11 | J | | |
| 118. | | | | | Sold | 10/10/11 | J | A | |
| 119. | | | | | Buy | 10/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/10/11 | J | A | |
| 121. East Maine Resources | | None | J | T | Buy | 10/20/11 | J | | |
| 122. | | | | | Buy | 10/26/11 | J | | |
| 123. ECU Silver | | None | | | Sold (part) | 01/25/11 | J | A | |
| 124. | | | | | Buy | 02/17/11 | J | | |
| 125. | | | | | Buy | 03/15/11 | J | | |
| 126. | | | | | Sold (part) | 09/13/11 | J | A | |
| 127. | | | | | Buy | 03/15/11 | J | | |
| 128. | | | | | Sold | 09/13/11 | J | A | |
| 129. El Dorado Gold Corp. | | None | K | T | Sold (part) | 01/06/11 | J | A | |
| 130. | | | | | Buy | 09/01/11 | J | | |
| 131. | | | | | Sold (part) | 09/22/11 | J | A | |
| 132. | | | | | Buy | 09/02/11 | J | | |
| 133. | | | | | Sold (part) | 09/22/11 | J | A | |
| 134. | | | | | Buy | 09/07/11 | J | | |
| 135. | | | | | Sold (part) | 09/22/11 | J | A | |
| 136. | | | | | Buy | 10/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 11/10/11 | J | A | |
| 138. | | | | | Buy | 11/10/11 | J | | |
| 139. | | | | | Sold<br>(part) | 11/11/11 | J | A | |
| 140. | | | | | Sold<br>(part) | 01/06/11 | J | A | |
| 141. | | | | | Sold<br>(part) | 09/29/11 | J | A | |
| 142. Entree Gold | None | J | T | | | | | | |
| 143. European Goldfields - Calls | None | | | | Buy | 10/23/11 | J | | |
| 144. | | | | | Sold | 11/09/11 | J | A | |
| 145. | | | | | Buy | 11/03/11 | J | | |
| 146. | | | | | Sold | 12/17/11 | J | A | |
| 147. European Goldfields | None | | | | Sold<br>(part) | 02/17/11 | J | B | |
| 148. | | | | | Buy | 02/24/11 | J | | |
| 149. | | | | | Sold | 09/23/11 | J | A | |
| 150. Everton Resources | None | J | T | | Buy | 05/27/11 | J | | |
| 151. Evolving Gold | None | J | T | | | | | | |
| 152. Exeter Resources | None | | | | Sold | 04/04/11 | J | A | |
| 153. Fire River Gold | None | J | T | | Sold<br>(part) | 04/04/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 155. Full Metal Minerals | | None | J | T | Buy | 11/03/11 | J | | |
| 156. Full Metal Zinc | | None | J | T | Spinoff (from line 155) | 07/08/11 | J | | |
| 157. GG | | None | | | Buy | 10/26/11 | J | | |
| 158. | | | | | Sold | 10/26/11 | J | A | |
| 159. Garibaldi Resources | | None | J | T | Sold (part) | 03/29/11 | J | A | |
| 160. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 161. GDX - Calls | | None | | | Buy | 09/02/11 | J | | |
| 162. | | | | | Sold | 09/09/11 | J | A | |
| 163. | | | | | Buy | 09/07/11 | J | | |
| 164. | | | | | Sold | 09/11/11 | J | A | |
| 165. | | | | | Buy | 09/07/11 | J | | |
| 166. | | | | | Sold | 09/09/11 | J | A | |
| 167. | | | | | Buy | 09/09/11 | J | | |
| 168. | | | | | Sold | 09/12/11 | J | A | |
| 169. | | | | | Buy | 10/25/11 | J | | |
| 170. | | | | | Sold | 10/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 10/26/11 | J | | |
| 172. | | | | | Sold | 10/27/11 | J | A | |
| 173. | | | | | Buy | 10/26/11 | J | | |
| 174. | | | | | Sold | 11/09/11 | J | A | |
| 175. | | | | | Buy | 10/27/11 | J | | |
| 176. | | | | | Sold | 11/09/11 | J | A | |
| 177. | | | | | Buy | 11/10/11 | J | | |
| 178. | | | | | Sold | 11/10/11 | J | A | |
| 179. GLD - Puts and Calls | None | | | | Buy | 10/25/11 | J | | |
| 180. | | | | | Sold | 11/09/11 | J | A | |
| 181. | | | | | Buy | 11/10/11 | J | | |
| 182. | | | | | Sold | 11/10/11 | J | A | |
| 183. | | | | | Buy | 11/25/11 | J | | |
| 184. | | | | | Sold | 11/25/11 | J | A | |
| 185. | | | | | Buy | 11/25/11 | J | | |
| 186. | | | | | Sold | 11/28/11 | J | A | |
| 187. | | | | | Buy | 11/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/28/11 | J | A | |
| 189. | | | | | Buy | 12/23/11 | J | | |
| 190. | | | | | Sold | 12/23/11 | J | A | |
| 191. | | | | | Buy | 12/27/11 | J | | |
| 192. | | | | | Sold | 12/27/11 | J | A | |
| 193. Gold Bullion Development | None | J | T | | Buy | 05/19/11 | J | | |
| 194. Gold Corp - Calls | None | | | | Buy | 09/09/11 | J | | |
| 195. | | | | | Sold | 09/12/11 | J | A | |
| 196. | | | | | Buy | 09/08/11 | J | | |
| 197. | | | | | Sold | 09/12/11 | J | A | |
| 198. | | | | | Buy | 10/11/11 | J | | |
| 199. | | | | | Sold | 10/12/11 | J | A | |
| 200. | | | | | Buy | 10/12/11 | J | | |
| 201. | | | | | Sold | 10/12/11 | J | A | |
| 202. | | | | | Buy | 10/12/11 | J | | |
| 203. | | | | | Sold | 10/12/11 | J | A | |
| 204. | | | | | Buy | 10/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 10/20/11 | J | A | |
| 206. Gold Group Mining | | None | | | Buy | 04/25/11 | J | | |
| 207. | | | | | Sold | 09/23/11 | J | A | |
| 208. Golden Minerals | | None | | | Buy | 09/13/11 | J | | |
| 209. | | | | | Sold | 09/29/11 | J | A | |
| 210. Golden Queen | | None | K | T | Sold (part) | 01/06/11 | J | B | |
| 211. | | | | | Sold (part) | 01/04/11 | J | B | |
| 212. | | | | | Sold (part) | 06/02/11 | J | D | |
| 213. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 214. GOLD SPDR Trust | | None | | | Buy | 12/15/11 | J | | |
| 215. | | | | | Sold | 12/15/11 | J | A | |
| 216. Golden Star | | None | | | Buy | 01/06/11 | J | | |
| 217. | | | | | Sold (part) | 01/06/11 | J | A | |
| 218. | | | | | Sold | 04/24/11 | J | A | |
| 219. | | | | | Buy | 09/13/11 | J | | |
| 220. | | | | | Sold (part) | 04/04/11 | J | A | |
| 221. | | | | | Sold (part) | 04/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 09/29/11 | J | A | |
| 223. Great Panther Silver | None | | K | T | Sold (part) | 02/24/11 | J | D | |
| 224. | | | | | Sold (part) | 03/29/11 | J | D | |
| 225. | | | | | Sold (part) | 06/02/11 | J | A | |
| 226. IBM - puts | None | | | | Buy | 10/17/11 | J | | |
| 227. | | | | | Sold | 10/18/11 | J | A | |
| 228. I Shares Gold Calls | None | | | | Buy | 10/11/11 | J | | |
| 229. | | | | | Sold | 10/13/11 | J | A | |
| 230. | | | | | Buy | 10/13/11 | J | | |
| 231. | | | | | Sold | 10/13/11 | J | A | |
| 232. Impact Silver | None | J | T | | Sold (part) | 01/06/11 | J | A | |
| 233. | | | | | Sold (part) | 01/24/11 | J | A | |
| 234. | | | | | Sold (part) | 02/24/11 | J | A | |
| 235. | | | | | Sold (part) | 03/29/11 | J | A | |
| 236. JNR Resources | None | J | T | | Buy | 02/25/11 | J | | |
| 237. L 13 Energy | None | J | T | | Sold (part) | 02/22/11 | J | A | |
| 238. | | | | | Buy | 04/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 240. Lincoln Mining | | None | J | T | Buy | 02/25/11 | J | | |
| 241. | | | | | Sold (part) | 04/04/11 | J | A | |
| 242. Mag Silver | | None | J | T | Sold (part) | 01/24/11 | J | A | |
| 243. | | | | | Sold (part) | 03/29/11 | J | A | |
| 244. Millrock Resources | | None | | | Sold | 04/04/11 | J | A | |
| 245. Minco Silver | | None | | | Sold | 09/30/11 | J | A | |
| 246. Minefinders | | None | | | Sold (part) | 02/22/11 | J | B | |
| 247. | | | | | Sold | 04/04/11 | J | A | |
| 248. Minera Andes n/k/a McEwen Mining | | None | K | T | Buy | 01/07/11 | J | | |
| 249. | | | | | Buy | 03/01/11 | J | | |
| 250. | | | | | Buy | 04/11/11 | J | | |
| 251. | | | | | Sold (part) | 06/02/11 | J | D | |
| 252. Miranda Gold | | None | | | Sold (part) | 04/04/11 | J | A | |
| 253. | | | | | Sold | 06/02/11 | J | A | |
| 254. Nautilus Minerals | | None | | | Sold | 09/23/11 | J | A | |
| 255. Newmont Mining - Call | | None | | | Buy | 11/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/09/11 | J | A | |
| 257. Nevada Exploration | | None | J | T | | | | | |
| 258. New Gold | | None | K | T | | | | | |
| 259. Northgate Minerals | | None | | | Sold (part) | 01/06/11 | J | A | |
| 260. | | | | | Sold (part) | 04/04/11 | J | A | |
| 261. | | | | | Sold (part) | 08/31/11 | J | A | |
| 262. | | | | | Sold (part) | 09/02/11 | J | A | |
| 263. | | | | | Sold (part) | 09/21/11 | J | A | |
| 264. | | | | | Sold | 09/23/11 | J | A | |
| 265. Novus Gold n/k/a Panterra Gold | | None | J | T | | | | | |
| 266. Olivut Resources | | None | J | T | Buy | 02/01/11 | J | | |
| 267. Oil Sands Quest | | None | | | Sold | 02/22/11 | J | A | |
| 268. | | | | | Sold | 06/02/11 | J | A | |
| 269. Otis Gold | | None | J | T | Buy | 03/07/11 | J | | |
| 270. | | | | | Sold (part) | 04/04/11 | J | A | |
| 271. Passport Potash | | None | J | T | Sold (part) | 01/25/11 | J | A | |
| 272. | | | | | Buy | 04/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 06/02/11 | J | A | |
| 274. | | | | | Buy | 07/08/11 | J | | |
| 275. | | | | | Buy | 09/07/11 | J | | |
| 276. | | | | | Sold (part) | 09/23/11 | J | B | |
| 277. | | | | | Sold (part) | 09/29/11 | J | B | |
| 278. Pediment Gold | | None | | | Sold | 02/18/11 | J | A | |
| 279. Premier Gold | | None | J | T | | | | | |
| 280. Power Shares DB Gold | | None | | | Buy | 09/23/11 | J | | |
| 281. | | | | | Sold | 11/23/11 | J | A | |
| 282. Power Shares DB Base Metals Short | | None | | | Buy | 09/19/11 | J | | |
| 283. | | | | | Sold | 09/23/11 | J | A | |
| 284. Proshares Ultrashort ETF | | None | | | Buy | 01/20/11 | J | | |
| 285. | | | | | Sold | 02/18/11 | J | A | |
| 286. | | | | | Buy | 09/29/11 | J | | |
| 287. | | | | | Sold | 10/24/11 | J | A | |
| 288. Pro Shares Short S & P | | None | | | Buy | 09/30/11 | J | | |
| 289. | | | | | Buy | 09/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 09/30/11 | J | | |
| 291. | | | | | Sold (part) | 10/24/11 | J | A | |
| 292. | | | | | Sold (part) | 10/25/11 | J | A | |
| 293. | | | | | Buy | 12/19/11 | J | | |
| 294. | | | | | Sold | 12/22/11 | J | A | |
| 295. Pro Shares Ultra Short QQQ | None | | | | Buy | 01/20/11 | J | | |
| 296. | | | | | Sold | 02/18/11 | J | A | |
| 297. | | | | | Buy | 09/28/11 | J | | |
| 298. | | | | | Sold | 10/24/11 | J | A | |
| 299. | | | | | Buy | 09/28/11 | J | | |
| 300. | | | | | Sold | 10/25/11 | J | A | |
| 301. | | | | | Buy | 10/13/11 | J | | |
| 302. | | | | | Sold | 10/14/11 | J | A | |
| 303. | | | | | Buy | 12/19/11 | J | | |
| 304. | | | | | Sold | 12/22/11 | J | A | |
| 305. Pro Shares Ulta Short Oil & Gas | None | | | | Buy | 01/25/11 | J | | |
| 306. | | | | | Sold | 04/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Pro Shares Ultra Silver | | None | | | Buy | 09/23/11 | J | | |
| 308. | | | | | Buy | 11/03/11 | J | | |
| 309. | | | | | Sold | 11/23/11 | J | A | |
| 310. | | | | | Sold | 10/25/11 | J | A | |
| 311. Radius Gold | | None | J | T | Buy (add'l) | 02/16/11 | J | | |
| 312. | | | | | Sold (part) | 06/02/11 | J | A | |
| 313. Rackla Metals Inc | | None | J | T | Spinoff (from line 311) | 12/02/11 | J | | |
| 314. Rio Alto Mining | | None | | | Sold | 09/23/11 | J | B | |
| 315. Ryan Gold | | None | J | T | Buy | 02/17/11 | J | | |
| 316. Select Spdr - TR Energy | | None | | | Buy | 01/24/11 | J | | |
| 317. | | | | | Sold | 04/25/11 | J | A | |
| 318. | | | | | Buy | 01/25/11 | J | | |
| 319. | | | | | Sold | 04/29/11 | J | A | |
| 320. Silver Dragon | | None | J | T | | | | | |
| 321. Silver Wheaton | | None | J | T | Sold (part) | 01/06/11 | J | B | |
| 322. | | | | | Buy | 09/06/11 | J | | |
| 323. | | | | | Sold (part) | 09/07/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 09/09/11 | J | | |
| 325. | | | | | Sold | 09/12/11 | J | A | |
| 326. | | | | | Buy | 09/08/11 | J | | |
| 327. | | | | | Sold | 09/12/11 | J | A | |
| 328. | | | | | Buy | 10/21/11 | J | | |
| 329. | | | | | Sold | 10/26/11 | J | A | |
| 330. | | | | | Sold (part) | 12/13/11 | J | A | |
| 331. | | | | | Buy | 08/09/11 | J | | |
| 332. | | | | | Sold (part) | 12/13/11 | J | A | |
| 333. Silver Wheaton - Calls | None | | | | Buy | 11/08/11 | J | | |
| 334. | | | | | Sold | 11/09/11 | J | A | |
| 335. | | | | | Buy | 10/26/11 | J | | |
| 336. | | | | | Sold | 10/27/11 | J | A | |
| 337. | | | | | Buy | 11/03/11 | J | | |
| 338. | | | | | Sold | 11/09/11 | J | A | |
| 339. | | | | | Buy | 11/04/11 | J | | |
| 340. | | | | | Sold | 11/09/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy | 11/08/11 | J | | |
| 342. | | | | | Sold | 11/09/11 | J | A | |
| 343. | | | | | Buy | 10/26/11 | J | | |
| 344. | | | | | Sold | 11/10/11 | J | A | |
| 345. | | | | | Buy | 11/10/11 | J | | |
| 346. | | | | | Sold | 11/10/11 | J | A | |
| 347. | | | | | Buy | 11/25/11 | J | | |
| 348. | | | | | Sold | 11/25/11 | J | A | any left? |
| 349. SDS Proshares Ultrashort | None | | | | Buy | 12/20/11 | J | | |
| 350. | | | | | Sold | 12/20/11 | J | A | |
| 351. Tanzanian Royalty Exploration | None | J | T | | Buy | 04/28/11 | J | | |
| 352. Taseko Mines | None | | | | Sold (part) | 01/24/11 | J | A | |
| 353. | | | | | Sold | 02/18/11 | J | A | |
| 354. | | | | | Buy | 10/24/11 | J | | |
| 355. | | | | | Buy | 10/26/11 | J | | |
| 356. | | | | | Sold | 11/09/11 | J | A | |
| 357. | | | | | Buy | 11/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 11/09/11 | J | A | |
| 359. | | | | | Buy | 12/13/11 | J | | |
| 360. | | | | | Sold | 12/18/11 | J | A | |
| 361. TBT - Calls | None | | | | Buy | 10/10/11 | J | | |
| 362. | | | | | Sold | 10/13/11 | J | A | |
| 363. | | | | | Buy | 10/14/11 | J | | |
| 364. | | | | | Sold | 10/17/11 | J | A | |
| 365. TLT - Calls | None | | | | Buy | 10/28/11 | J | | |
| 366. | | | | | Sold | 11/01/11 | J | A | |
| 367. | | | | | Buy | 12/19/11 | J | | |
| 368. | | | | | Sold | 12/20/11 | J | A | |
| 369. Transatlantic Petroleum | None | J | T | | Sold (part) | 01/24/11 | J | A | |
| 370. | | | | | Buy | 05/06/11 | J | | |
| 371. Transmeridian Exploration | None | J | T | | | | | | |
| 372. US Gold Corp n/k/a McEwen Gold | None | | | | Merged (with line 248) | 01/25/12 | J | | |
| 373. Uranium One | None | | | | Sold | 02/04/11 | J | A | ? |
| 374. VMS Ventures | None | J | T | | Buy | 02/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy | 06/30/11 | J | | |
| 376. VXX - Puts | | None | | | Buy | 11/03/11 | J | | |
| 377. | | | | | Sold | 11/09/11 | J | A | |
| 378. Wells Fargo Corp. - Calls | | None | | | Buy | 08/23/11 | J | | |
| 379. | | | | | Sold | 08/23/11 | J | A | |
| 380. XLF - Calls | | None | | | Buy | 08/31/11 | J | | |
| 381. | | | | | Sold | 09/22/11 | J | A | |
| 382. XLF - Puts | | None | | | Buy | 09/08/11 | J | | |
| 383. | | | | | Sold | 09/14/11 | J | A | |
| 384. | | | | | Buy | 10/03/11 | J | | |
| 385. | | | | | Sold | 10/06/11 | J | A | |
| 386. | | | | | Buy | 09/21/11 | J | | |
| 387. | | | | | Sold | 10/06/11 | J | A | |
| 388. | | | | | Buy | 09/28/11 | J | | |
| 389. | | | | | Sold | 10/10/11 | J | A | |
| 390. | | | | | Buy | 09/21/11 | J | | |
| 391. | | | | | Sold | 10/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy | 10/13/11 | J | | |
| 393. | | | | | Sold | 10/14/11 | J | A | |
| 394. | | | | | Buy | 12/15/11 | J | | |
| 395. | | | | | Sold | 12/20/11 | J | A | |
| 396. Yamana Gold | None | | | | Donated | | | | ▒▒▒▒▒▒ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 06/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret A. Mahoney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544